In The



Court of Appeals



Ninth District of Texas at Beaumont



_____
_______________



NO. 09-03-093 CV


____________________



RAY WALKER AND PAM WALKER, Appellants



V.



EARLE HUMPHREYS AND NICETTE HUMPHREYS, Appellees






On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause No. 02-01-00153-CV






MEMORANDUM OPINION (1)


 In this landlord-tenant litigation, Ray Walker and Pam Walker appealed the
judgment obtained by Earle Humphreys and Nicette Humphreys for wrongful retention of
a security deposit. See Tex. Prop. Code Ann. § 92.109 (Vernon 1995). On August 22,
2003, we notified the parties that the appeal would be advanced without oral argument. See
Tex. R. App. P. 39.9. The appeal was submitted without briefs because the appellants
failed to file their brief by the June 27, 2003, due date. See Tex. R. App. P. 38.8(a)(2).
The appellants did not request an extension of time to file the brief. See Tex. R. App. P.
38.6(d). 

 We have reviewed the record for fundamental error, and find none. The judgment
of the trial court is affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on September 12, 2003

Opinion Delivered September 25, 2003


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.